IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALLEN BETH INCORPORATED     PLAINTIFF

v.     No. 3:22-cv-59-DPM

WASTE CONNECTIONS US INC.
and WASTE CONNECTIONS OF
ARKANSAS INC.     DEFENDANTS

### ORDER

Allen Beth's motion to stay, *Doc. 28*, is denied. Both the motion to remand, *Doc. 24*, and the second motion to dismiss, *Doc. 26*, raise jurisdictional issues. The Court will address the motions simultaneously. Allen Beth's time to respond to the second motion to dismiss is extended to 2 May 2022. Waste Connection's first motion to dismiss, *Doc. 6*, is denied as moot. The Initial Scheduling Order, *Doc. 11*, is suspended pending the Court's ruling on the motions.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

26 April 2022