IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ALLEN BETH INCORPORATED                                          PLAINTIFF

v.                              No. 3:22-cv-59-DPM

WASTE CONNECTIONS US, INC.
and WASTE CONNECTIONS OF
ARKANSAS, INC.                                                   DEFENDANTS

## JUDGMENT

Allen Beth's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2024